UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ANTHONY EDWARD CIAVONE,

        Petitioner,                      Case No. 1:08cv771

v.                                              Hon. Robert J. Jonker

KEN MCKEE, et al.,

        Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 18, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 18, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's motion for a temporary restraining order and preliminary injunction (docket # 42) is DENIED.


                                                  /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE

DATED: July 10, 2009.